IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GARY DRUMMONDS,

       Plaintiff,                  CV F 03 5117 OWW WMW   P

  vs.                               ORDER RE MOTION (DOC 16 )

SGT. MILLER, et al.,

       Defendants.

        Plaintiff is a state prisoner proceeding pro se.  Pending before the court is Plaintiff's motion for default judgment.

        No defendant has been served, and plaintiff has not offered any documentation regarding a properly executed return of service for any defendant.   Accordingly, IT IS HEREBY ORDERED that plaintiff's motion for default judgment is denid.

IT IS SO ORDERED.

**Dated:   March 8, 2006**            **/s/  William M. Wunderlich**
mmkd34                      UNITED STATES MAGISTRATE JUDGE

1