IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GARY DRUMMONDS,**<br><br>                                  Plaintiff,<br><br>        v.<br><br>**SGT. MILLER, et al.,**<br><br>                                  Defendants. | 1:03-CV-5117-0WW-WMW-P<br><br>**[PROPOSED] ORDER** |

The court finds there is good cause to grant Defendants' request for an extension of time to respond to Plaintiff's Complaint.

Accordingly, Defendants are granted a period thirty days, to and including July 6, 2006, to file and serve a responsive pleading.

IT IS SO ORDERED.

**Dated:    June 6, 2006**             /s/  **William M. Wunderlich**
j14hj0                                       UNITED STATES MAGISTRATE JUDGE