1

2

3

4

5

6

7                    IN THE UNITED STATES DISTRICT COURT

8                  FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10   **GARY DRUMMONDS,**                        1:03-CV-5117-0WW-WMW-P

11                            Plaintiff,        **[ORDER**

12              **v.**

13   **SGT. MILLER, et al.,**

14                            Defendants.

15

16          The court finds there is good cause to grant Defendant Miller's request to join

17   Defendants' extension of time to respond to Plaintiff's Complaint.

18          Accordingly, Defendant Miller is granted a period thirty days, to and including

19   July 6, 2006, to file and serve a responsive pleading.IT IS SO ORDERED.

20   **Dated:    July 6, 2006**                _____/s/  **William M. Wunderlich**_____
     j14hj0                                    UNITED STATES MAGISTRATE JUDGE

21

22

23

24

25

26

27

28