1

2

3

4

5

6

7             IN THE UNITED STATES DISTRICT COURT

8         FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10    **GARY DRUMMONDS,**                                     CV-F-03-5117-0WW-WMW-P

11                                    Plaintiff,      **ORDER**

12           **v.**

13    **SGT. MILLER, et al.,**

14                                    Defendants.

15         The court finds there is good cause to grant Defendants' request for an extension of time

16    to respond to Plaintiff's Complaint.

17         Accordingly, Defendants are granted a period of thirty days, to and including August 4,

18    2006, to file and serve a responsive pleading.

19    IT IS SO ORDERED.

20    **Dated:    July 12, 2006**              _____/s/  William M. Wunderlich_____

21    j14hj0                            UNITED STATES MAGISTRATE JUDGE

22

23

24

25

26

27

28

1