IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GARY R. DRUMMONDS,

    Plaintiff,                             CV F 03 5117 OWW WMW   P

  vs.                                     ORDER RE MOTIONS
                                            (DOCUMENTS 30, 42)

SERGEANT MILLER, et al.,

    Defendants.

       Plaintiff is a state prisoner proceeding pro se.  Pending before the court is Plaintiff's motion for default judgment and for sanctions against Defendant Miller.   Plaintiff seeks default judgment for Miller's failure to file a response to the first amended complaint.  Plaintiff also seeks sanctions for Miller's failure to respond to the summons.

       Defendant Miller has responded to the first amended complaint by motion to dismiss filed on November 1, 2006.  There are no grounds for the entry of default judgment or the imposition of sanctions.  Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion for the entry of default judgment and motion for sanctions are denied.

IT IS SO ORDERED.

1

1 | **Dated:**   <u>**December 18, 2006**</u>          <u>       **/s/  William M. Wunderlich**       </u>
mmkd34                                             UNITED STATES MAGISTRATE JUDGE