UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY DRUMMONDS,<br><br>    Plaintiff,<br><br>    v.<br><br>SGT. MILLER, et al.,<br><br>    Defendants. | 1:03-CV-5117 OWW WMW PC<br><br>ORDER GRANTING EXTENSION OF TIME<br>(DOCUMENT #52) |

    Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On April 9, 2007, defendants filed a request/motion to extend time to depose plaintiff. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

    Defendants are granted forty-five days from the date of final ruling on the motion to dismiss in which to depose plaintiff.

IT IS SO ORDERED.

**Dated:   April 24, 2007**                        /s/ **William M. Wunderlich**
                                                                     UNITED STATES MAGISTRATE JUDGE