EDMUND G. BROWN JR.
Attorney General of the State of California
DAVID S. CHANEY
Chief Assistant Attorney General
FRANCES T. GRUNDER
Senior Assistant Attorney General
DAVID A. CARRASCO
Supervising Deputy Attorney General
MEGAN R. O'CARROLL, State Bar No. 215479
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone:  (916) 324-5288
 Fax:  (916) 324-5205
 Email:  Megan.OCarroll@doj.ca.gov

Attorneys for Defendants Griffin, Miller, Pendergast and Raymond

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GARY DRUMMONDS,**<br><br>                                    Plaintiff,<br><br>     v.<br><br>**SGT. MILLER, et al.,**<br><br>                                    Defendants. | 1:03-cv-5117-0WW-WMW-P<br><br>**ORDER MODIFYING THE SCHEDULING ORDER** |

   The court finds there is good cause to grant Defendants' request to modify the scheduling order.

   Accordingly, the July 5, 2007, deadline for dispositive motions is vacated.  The deadline will be reset, following a ruling on Defendants' motion to dismiss.

   IT IS SO ORDERED.

**Dated:   July 10, 2007**                           /s/  William M. Wunderlich
                                                     UNITED STATES MAGISTRATE JUDGE

[Proposed] Order

1