IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GARY R. DRUMMONDS,

       Plaintiff,           CV F 03 5117 OWW WMW P

  vs.                           FINDING AND RECOMMENDATION
                                      RE MOTION FOR INJUNCTIVE
                                      RELIEF (DOC 46, 54)

SGT. MILLER, et al.,

       Defendants.

      Plaintiff has filed two motions for injunctive relief.  Plaintiff's motions refer to conduct by correctional officials at Salinas Valley State Prison, where Plaintiff is housed. Plaintiff contends that officials have housed him with an incompatible cell-mate and that they have interfered with his legal mail.  Plaintiff also complains that the court is not timely responding to his motions.

      This case will proceed in the ordinary course of litigation.  There are no defendants in this action who are employed by the Department of Corrections at Salinas Valley State Prison.  The court must have personal jurisdiction over the parties to be enjoined; it may not enjoin defendants not yet served or before the court.  <u>Zepeda v. Unites States I.N.S></u>, 753 F.2d 719, 727 (9th Cir. 1983).

      Accordingly, IT IS HEREBY RECOMMENDED that Plaintiff's motions for injunctive relief be denied.

     These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of Title 28 U.S.C. § 636 (b)(1)(B).  Within twenty days after being served with these findings and recommendations, plaintiff may file written objections with the court.  Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Plaintiff is advised that failure to file objections within the specified time waives all objections to the judge's findings of fact.  See <u>Turner v. Duncan</u>, 158 F.3d 449, 455 (9th Cir. 1998).  Failure to file objections within the specified time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

IT IS SO ORDERED.

**Dated:   August 28, 2007**              /s/  **William M. Wunderlich**
                                                        UNITED STATES MAGISTRATE JUDGE