IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| GARY DRUMMONDS, | ) | No. CV-F-03-5117 OWW/WMW P |
| | ) | |
| | ) | ORDER ADOPTING FINDINGS AND |
| | ) | RECOMMENDATION (Doc. 60) AND |
| Plaintiff, | ) | DENYING PLAINTIFF'S MOTIONS |
| | ) | FOR INJUNCTIVE RELIEF (Docs. |
| vs. | ) | 46 & 54) |
| | ) | |
| | ) | |
| SERGEANT MILLER, et al., | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| _____ | ) | |

On August 28, 2007, the United States Magistrate Judge recommended that Plaintiff's motions for injunctive relief for lack of personal jurisdiction over the individuals sought to be enjoined.

Plaintiff has not filed objections to the findings and recommendation within the time specified.

The Court has reviewed the record and concurs with the findings and recommendation which are supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1

1. The findings and recommendation, filed August 28, 2007, are ADOPTED IN FULL;

2. Plaintiff's motions for injunctive relief are DENIED.

IT IS SO ORDERED.

Dated:   September 27, 2007            /s/ Oliver W. Wanger
                                       UNITED STATES DISTRICT JUDGE