IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY DRUMMONDS,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>SERGEANT GRIFFIN, et al.,<br><br>　　　　　Defendant. | No. CV-F-03-5117 OWW/WMW P<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATION (Doc. 58) AND GRANTING DEFENDANT RAYMOND'S MOTION TO DISMISS (Doc. 47) |

　　　On August 27, 2007, the United States Magistrate Judge recommended that Defendant Raymond's motion to dismiss be granted for failure to exhaust administrative remedies as required by 42 U.S.C. § 1997e(a).

　　　On September 17, 2007, Plaintiff filed a statement of non-opposition to the dismissal of this action against Defendant Raymond.

　　　Accordingly, IT IS HEREBY ORDERED THAT:

　　　1.　The Findings and Recommendation, filed August 27, 2007, are ADOPTED IN FULL;

1

2.  Defendant Raymond's motion to dismiss for failure to exhaust administrative remedies is GRANTED and Defendant Raymond is DISMISSED as a defendant in this action.

IT IS SO ORDERED.

Dated:   September 27, 2007            /s/ Oliver W. Wanger
                                       UNITED STATES DISTRICT JUDGE