IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GARY R. DRUMMONDS,

     Plaintiff,               CV F 03 5117 OWW WMW P

vs.                         ORDER

SGT. MILLER, et al.,

     Defendants.

     On September 27, 2007, an order was entered, dismissing Defendant Raymond. Earlier, the court vacated the scheduling order pending the resolution of Defendant Raymond's motion to dismiss. Defendants Griffin, Miller and Del Vecchio née Pentergast remain.

     Accordingly, IT IS HEREBY ORDERED that the dispositive motion filing deadline is January 27, 2008. IT IS SO ORDERED.

**Dated:   October 25, 2007**          **/s/ William M. Wunderlich**
                                               UNITED STATES MAGISTRATE JUDGE

1