IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GARY R. DRUMMONDS,

       Plaintiff,          CV F 03 5117 OWW WMW P

  vs.                         FINDING AND RECOMMENDATION RE
                                MOTION FOR INJUNCTIVE RELIEF (DOC 57)

SERGEANT GRIFFIN, et al.,

       Defendants.

      Plaintiff has filed a motion for injunctive relief.  Plaintiff is proceeding in this civil rights action against Defendant correctional officials employed by the California Department of Corrections and Rehabilitation at the Substance Abuse Treatment Facility at Corcoran.  The claims in this lawsuit stem from the return to the publisher of certain magazines to which Plaintiff subscribes.

      Plaintiff, currently housed at Salinas Valley State Prison, seeks an order enjoining individuals at Salinas Valley State Prison from interfering with the processing of his mail. Plaintiff also seeks orders setting a schedule for this litigation.  Plaintiff also appears to challenge the conduct of Defendant Raymond.

      On September 27, 2007, an order was entered, dismissing Defendant Raymond from this action.  This action proceeds against the remaining Defendants, with a dispositive motion

deadline of January 27, 2008.  There are no allegations of conduct as to the named Defendants in this action.   There are no defendants in this action who are employed by the Department of Corrections and Rehabilitation at Salinas Valley State Prison.  The court must have personal jurisdiction over the parties to be enjoined; it may not enjoin defendants not before the court. Zepeda v. United States I.N.S., 753 F.2d 719, 727 (9th Cir. 1983).

Accordingly, IT IS HEREBY RECOMMENDED that Plaintiff's motion for injunctive relief be denied.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of Title 28 U.S.C. § 636(b)(1).  Within thirty days after being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties.  Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Any reply to the objections shall be served and filed within ten days after service of the objections.   The parties are advised that failure to file objections within the specified time waives all objections to the judge's findings of fact.  See Turner v. Duncan, 158 F.3d 449, 455 (9th Cir. 1998).  Failure to file objections within the specified time may waive the right to appeal the District Court's order. Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

IT IS SO ORDERED.

**Dated:   January 16, 2008**             /s/  **William M. Wunderlich**
                                         UNITED STATES MAGISTRATE JUDGE