IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GARY R. DRUMMONDS,

      Plaintiff,                 CV F 03 5117 OWW WMW P

  vs.                          ORDER RE MOTION (DOC 55)

SERGEANT MILLER, et al.,

      Defendants.

    Defendants have filed a motion to modify the scheduling order. Defendants seek an order setting a new schedule for litigation once the motion to dismiss by Defendant Raymond has been resolved. Defendant Raymond has been dismissed from this case, and his motion to dismiss is no longer pending. The current deadline for the filing of dispositive motions is January 27, 2008.

    Accordingly, IT IS HEREBY ORDERED that Defendants' motion is moot.

IT IS SO ORDERED.

**Dated:  January 16, 2008**               /s/ William M. Wunderlich
                                                 UNITED STATES MAGISTRATE JUDGE