1

2

3

4

5

6

7            IN THE UNITED STATES DISTRICT COURT

8          FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10   **GARY DRUMMONDS,**                    CV F 03 5117 0WW WMW P

11                    Plaintiff,          **ORDER**

12          **v.**

13   **SGT. MILLER, et al.,**

14                    Defendants.

15

16        Defendants' request for an enlargement of time to file a dispositive motion in this

17   matter was considered by this Court, and good cause appearing,

18        IT IS HEREBY ORDERED that Defendants have until March 12, 2008, to file a

19   dispositive motion.

20   IT IS SO ORDERED.

21   **Dated:   January 23, 2008**              /s/  **William M. Wunderlich**
                                          UNITED STATES MAGISTRATE JUDGE

22

23

24

25

26

27

28

Order

1