1

2           IN THE UNITED STATES DISTRICT COURT

3         FOR THE EASTERN DISTRICT OF CALIFORNIA

4

5

6

7   GARY R. DRUMMONDS,

8        Plaintiff,                    CV F 03 5117 OWW WMW PC

9

10       vs.                           ORDER RE: FINDINGS &
                                        RECOMMENDATIONS (#69)
11

   SGT. GRIFFIN, et al.,
12
        Defendants.
13

14

15

16          Plaintiff is a state prisoner proceeding pro se in this civil rights action.  The matter

17  was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local

    Rule 72-302.
18
            On January 16, 2008, findings and recommendations were entered, recommending
19
    denial of Plaintiff's motion for injunctive relief filed on August 20, 2007.  Plaintiff was provided
20
    an opportunity to file objections within thirty days.   Plaintiff has not filed objections to the
21
    findings and recommendations.
22
            In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule
23
    73-305, this court has conducted a de novo review of this case.  Having carefully reviewed the
24
    entire file, the court finds the findings and recommendations to be supported by the record and
25
    proper analysis.
26
                                        1

1    Accordingly, THE COURT HEREBY ORDERS that:

2         1.  The Findings and Recommendations issued by the Magistrate Judge on

3    January 16, 2008,  are adopted in full; and

4         2.  Plaintiff's motion for injunctive relief filed on August 20, 2007, is denied.

5

6

7

8

9

10   IT IS SO ORDERED.

11   **Dated:     February 19, 2008**                    **/s/ Oliver W. Wanger**
                                                   UNITED STATES DISTRICT JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26