EDMUND G. BROWN JR.
Attorney General of the State of California
DAVID S. CHANEY
Chief Assistant Attorney General
FRANCES T. GRUNDER
Senior Assistant Attorney General
VICKIE P. WHITNEY
Supervising Deputy Attorney General
MEGAN R. O'CARROLL, State Bar No. 215479
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 324-5288
 Fax:          (916) 324-5205
 Email: Megan.OCarroll@doj.ca.gov

Attorneys for Defendants Miller, Griffin and Pendergast

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY DRUMMONDS,<br><br>                              Plaintiff,<br><br>       v.<br><br>SGT. MILLER, et al.,<br><br>                              Defendants. | Case No.: 1:03-cv-5117-0WW-WMW-P<br><br>**ORDER RE MOTION (DOC 73)** |

Defendants' request for an enlargement of time to file a dispositive motion in this matter was considered by this Court, and good cause appearing,

IT IS HEREBY ORDERED that Defendants have until April 11, 2008. to file a dispositive motion.

IT IS SO ORDERED.

Dated:   March 11, 2008            /s/  William M. Wunderlich
                                   UNITED STATES MAGISTRATE JUDGE

Order
1