IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GARY DRUMMONDS,

        Plaintiff,        CV F 03 5117 OWW WMW PC

    vs.                    ORDER RE MOTION (DOC 71)

SGT. MILLER, et al.,

        Defendants.

       Plaintiff is a state prisoner proceeding pro se and in forma pauperis in a civil rights action pursuant to 42 U.S.C. § 1983. Pending before the court is Plaintiff's motion titled as a motion to compel state officials to cooperate with Plaintiff in locating missing legal property.

        Defendants oppose the motion. Defendants correctly noted that Plaintiff makes vague, unsupported accusations that Defendants or defense counsel conspired with prison officials to remove documents from his cell. Counsel for defendants correctly notes that Defendants are not employed at the institution where Plaintiff is housed. Further, Plaintiff does not specify any particular documents that he seeks to compel the production of. Plaintiff has not identified any properly propounded discovery requests that were objected to by Defendants.

        Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion to compel filed on February 22, 2008, is denied.

IT IS SO ORDERED.

**Dated:   May 30, 2008**                              **/s/  William M. Wunderlich**
                                                  UNITED STATES MAGISTRATE JUDGE