IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GARY DRUMMONDS,

       Plaintiff,            1: 03 CV 5117 OWW WMW PC

  vs.                           ORDER TO SHOW CAUSE

SGT. MILLER, et al.,

       Defendants.

On October 17, 2008, Plaintiff filed a motion to dismiss this action "without causing a final strike against his ability to file in forma pauperis in future." Plaintiff seeks to dismiss this action "with prejudice to refiling." Plaintiff also seeks to bear his own costs and fees. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this action may be dismissed, with prejudice, upon stipulation of the parties. On October 24, 2008, Defendants filed a statement of non-opposition to dismissal with prejudice. Defendants agree to bear their own costs and fees.

Regarding Plaintiff's ability to file another action in forma pauperis, the relevant statute provides that Plaintiff may not proceed in forma pauperis if he has suffered three dismissals for failure to state a claim or for frivolousness. 28 U.S.C. § 1915(g). In their statement of non-opposition, Defendants do not refer to Plaintiff's requirement that this action not count as a "strike" pursuant to the Prison Litigation Reform Act.

1  Defendants are directed to respond to Plaintiff's condition that the dismissal not count as
2  a "strike" pursuant to the Prison Litigation Reform Act.  Should the parties fail to agree on terms
3  of dismissal, the court will address the pending motion for summary judgment filed on April 11,
4  2008.  The court notes that Plaintiff has not filed an opposition to the motion.
5  Accordingly, IT IS HEREBY ORDERED that Defendants are directed to file a response
6  to this order to show cause within thirty days of the date of service of this order.

8  IT IS SO ORDERED.
9  **Dated:   October 28, 2008**           /s/  **William M. Wunderlich**
                                            UNITED STATES MAGISTRATE JUDGE