IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GARY DRUMMONDS,

    Plaintiff,                          1: 03 CV 5117 OWW WMW PC

    vs.                                  ORDER RE: FINDINGS & RECOMMENDATIONS (#87)

JASON MILLER, et al.,

    Defendants.

        Plaintiff is a state prisoner proceeding pro se in this civil rights action. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

        On February 24, 2009, findings and recommendations were entered, recommending that Defendants' motion for summary judgment be granted. Plaintiff was provided an opportunity to file objections within twenty days. Plaintiff has not filed objections to the findings and recommendations.

        In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 73-305, this court has conducted a <u>de novo</u> review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly, THE COURT HEREBY ORDERS that:

1. The Findings and Recommendations issued by the Magistrate Judge on February 24, 2009, are adopted in full; and

2. Defendants' motion for summary judgment is granted. Judgment is entered in favor of Defendants and against Plaintiff. The Clerk is directed to close this case.

IT IS SO ORDERED.

**Dated: March 20, 2009**                    /s/ Oliver W. Wanger
                                             UNITED STATES DISTRICT JUDGE